IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERONICA ANN COIA | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-3579 |
| VANGUARD, *et al.* | : |

## ORDER

**AND NOW**, this 23rd day of February 2017, upon consideration of Defendants' Motion for summary judgment (ECF Doc. No. 23), *pro se* Plaintiff's Response (ECF Doc. No. 26) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion for summary judgment (ECF Doc. No. 23) is **GRANTED** as there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law. The Clerk of Court shall **close** this case.

KEARNEY, J.